UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00483-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JUSTIN PETERS,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Change of Plea Hearing set for Monday, January 24, 2011, at 4:15 p.m. is **RESET** to **Tuesday, January 25, 2011, at 2:00 p.m., in Courtroom A-1002.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

    Dated:  January 24, 2011.