IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00483-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  JUSTIN PETERS,

       Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to dismiss Counts 1 and 2 of the Indictment in the above-entitled matter, and the Court having considered the same, it is hereby

ORDERED that Government's Motion to Dismiss (ECF doc. #21), filed April 22, 2011, is **GRANTED.**  It is further

ORDERED that Counts 1 and 2 of the Indictment in the above-captioned matter are dismissed.

Dated this 25th day of April, 2011.

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        CHIEF UNITED STATES DISTRICT JUDGE